IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMY SCHMELZLE | ) |
| | ) |
| v. | ) No. 3-14-0843 |
| | ) |
| KAILEN GODDARD; LEAD ME | ) |
| MARKETING GROUP, LLC; JUST | ) |
| ONE VISION, INC.; EVERYDAY | ) |
| BUSINESS SOLUTIONS, INC.; | ) |
| GODDARD ENTERPRISES, INC.; BMI | ) |
| ELITE HOLDINGS, LLC; BRANDON | ) |
| M. ROSEN; and LINDA DIDONATO | ) |

O R D E R

On July 10, 2015, the parties filed a joint stipulation of dismissal (Docket Entry No. 74), and a proposed final order of dismissal with prejudice (Docket Entry No. 75).

As a result, the plaintiff's motion for order to show cause (Docket Entry No. 63) and the motion filed by defendants BMI Ventures, named as BMI Elite Holdings, LLC, and Rosen to compel plaintiff (Docket Entry No. 73) are DENIED as MOOT.

The pretrial conference and trial, scheduled by order entered July 21, 2014 (Docket Entry No. 51), on January 27, 2016, and February 16, 2016, respectively, are CANCELLED.

The plaintiff's claims in this case are DISMISSED with prejudice and the Clerk is directed to close this case on the records of the Court.

This order shall constitute the final judgment in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge